AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Trustees of the Chicago Regional Council of
Carpenters Pension Fund et al.

V.

REED MACHINERY & TRANSPORTATION
COMPANY, INC.

CASE NUMBER: **08 C 1054**

ASSIGNED JUDGE: **JUDGE GOTTSCHALL**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Reed Machinery & Transportation, Co., Inc.
c/o Steven A. Thompson, R.A.
712 N. Farnsworth Avenue
Aurora, IL  60505

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond J. Sanguinetti
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago IL  60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**February 20, 2008**
Date

| | | |
|---|---|---|
| ClientCaseID: N7551/RJS | *177923A* | CaseReturnDate: 3/21/08 |
| Law Firm ID: WHITFIEL | | Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **08C1054**

I, LARRY E. BIELA

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **Reed Machinery & Transportation, Inc.**
PERSON SERVED **LAVONNE HAWKINS (MANAGER)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **2/25/08**

SUBJECT WAS SEATED AT HER DESK. UNABLE TO DETERMINE HEIGHT.

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

Sex **FEMALE**   Race **WHITE**   Age **45**
Height            Build **MEDIUM**   Hair **SALT & PEPPER**

LOCATION OF SERVICE **712 N Farnsworth Avenue Aurora, IL, 60505**

Date Of Service **2/25/08**   Time of Service **12:53 PM**

LARRY E. BIELA                                      2/26/2008
Special Process Server
P.E.R.C.#129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.