# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1054 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Trustees vs. Reed Machinery & Transportation | | |

**DOCKET ENTRY TEXT**

Status hearing held. Oral motion by Plaintiff's counsel for entry of default as to Defendant, Reed Machinery & Transportation Company, Inc. for failure to appear, answer or otherwise defend is granted. Default entered. Damages hearing is set for 5/14/2008 at 9:30AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|