IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 08 C 1054 |
| | )<br>) Judge Gottschall |
| v. | )<br>) Magistrate Judge Schenkier |
| REED MACHINERY & TRANSPORTATION COMPANY, INC., | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF HEARING

REED MACHINERY & TRANSPORTATION COMPANY, INC.
Lavonne Hawkins, Manager
712 N. Farnsworth Ave
Aurora, IL 60505

PLEASE TAKE NOTICE that on **Wednesday, May 14, 2008** I shall appear before the Honorable Judge Gottschall at approximately 9:30 a.m. in Courtroom 2325 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present the attached Affidavits in Support of Prove Up.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, et al.

s/RAYMOND J. SANGUINETTI

### Certificate of Service

I, Raymond J. Sanguinetti, plaintiffs' attorney hereby certify that I served the above and foregoing Documents via U.S. first class mail to the person/s to whom said Notice is directed on May 1, 2008.

s/Raymond J. Sanguinetti

Attorney for Plaintiffs
Whitfield & McGann
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
312-251-9700