IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No.  08 C 1054 |
| | ) ) | Judge Gottschall |
| v. | ) ) | Magistrate Judge Schenkier |
| REED MACHINERY & TRANSPORTATION COMPANY, INC., | ) ) ) | |
| Defendant. | ) ) | |

## SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Raymond J. Sanguinetti declares as follows:

1.      I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2.      I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.      I have in excess of 10 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to compel compliance with the bonding provisions of the collective bargaining agreement and to collect delinquent employer contributions.

4.      Defendant is obligated to pay the attorney fees and court costs incurred by the Plaintiffs pursuant to 29 U.S.C. §1132(g)(1).

5.      I have devoted 7.00 hours in connection with this case at the rate of $165.00 per hour.  The total attorney fees billings is $1,155.00. (See Attached Bill Slips)

6.       In addition, the filing fee was $350.00 and the fee for service of process was an additional $55.00.  These costs total $405.00.

7.       I certify that the attached detailed attorney fees and costs totaling $1,560.00 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:  April 30, 2008

s/ RAYMOND J. SANGUINETTI

Attorney for the Chicago Regional
Council of Carpenters Pension Fund, et
al.

4/30/2008
2:14 PM

WHITFIELD, McGANN & KETTERMAN
Slip Listing

Page    1

---

Selection Criteria

---

Case (hand select)    Include: CBOND.N7551/19138
Slip.Classification    Open

---

Rate Value and Slip Value hidden by Security Rights
Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 349364<br>11/7/2007<br>Billed<br>Review bond referral. Research Illinois<br>Secretary of State records for corporate<br>information. Prepared bond demand letter.<br>Prepared updates on bond cases for Daniel<br>McAnally and Robert Lid. Diary for suit. | TIME<br><br>G:72400          12/3/2007 | RJS<br>Billable<br>CBOND.N7551/19138 | 1.00<br>0.00<br>0.00<br>0.00 | <br><br>T@12 | |
| 349574<br>11/20/2007<br>Billed<br>Prepared Federal Civil suit for wage and<br>fringe benefit bond; Prepared exhibits;<br>Prepared Federal Summons; Prepared civil<br>cover sheet and appearance; Letter to legal<br>process server. | TIME<br><br>G:72400          12/3/2007 | RJS<br>Billable<br>CBOND.N7551/19138 | 1.75<br>0.00<br>0.00<br>0.00 | <br><br>T@12 | |
| 349583<br>11/21/2007<br>Billed<br>Prepared letter to Robert Lid regarding case<br>status and filing of complaint. | TIME<br><br>G:72400          12/3/2007 | RJS<br>Billable<br>CBOND.N7551/19138 | 0.50<br>0.00<br>0.00<br>0.00 | <br><br>T@12 | |
| 350516<br>11/7/2007<br>Billed<br>Computer Research Fees/CD ROM | TIME<br><br>G:72400          12/3/2007 | CPW<br>Lexis<br>CBOND.N7551/19138 | 0.25<br>0.00<br>0.00<br>0.00 | <br><br>A@1 | |
| 353666<br>2/25/2008<br>Billed<br>Prepared motion for default judgment;<br>Prepared notice of motion; Prepared<br>certificate of service; Prepared exhibits;<br>Prepared affidavit of attorney fees; Prepared<br>draft order. | TIME<br><br>G:72945          3/3/2008 | RJS<br>Billable<br>CBOND.N7551/19138 | 1.50<br>0.00<br>0.00<br>0.00 | <br><br>T@12 | |
| 353669<br>2/25/2008<br>Billed<br>Prepared affidavit of Robert Lid in support of | TIME<br><br>G:72945          3/3/2008 | RJS<br>Billable<br>CBOND.N7551/19138 | 1.00<br>0.00<br>0.00<br>0.00 | <br><br>T@12 | |



4/30/2008                          WHITFIELD, McGANN & KETTERMAN
2:14 PM                                       Slip Listing                                              Page          2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| ~~prove up. Prepared letter to Robert Lid~~<br><u>regarding same.</u> | | | | |
| 354743      EXP<br>3/17/2008<br>Billed      G:73142      4/2/2008<br>FILING FEE 2/20/08 | CPW<br>$DC<br>CBOND.N7551/19138 | 1 | 350.00 | 350.00 |
| 357082      TIME<br>4/30/2008<br>WIP<br>Court Appearance | RJS<br>Billable<br>CBOND.N7551/19138 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |
| 357087      TIME<br>4/30/2008<br>WIP<br>Prepared motion for default judgment;<br>Prepared notice of motion; Prepared<br>certificate of service; Prepared exhibits;<br>Prepared affidavit of attorney fees; Prepared<br>draft order. | RJS<br>Billable<br>CBOND.N7551/19138 | 1.75<br>0.00<br>0.00<br>0.00 | T@12 | |
| 357088      TIME<br>4/30/2008<br>WIP<br>Prepared affidavit of Robert Lid in support of<br>prove up. Prepared letter to Robert Lid<br>regarding same. | RJS<br>Billable<br>CBOND.N7551/19138 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |
| Grand Total | | | | |
| | Billable<br>Unbillable<br>Total | 9.75<br>0.00<br>9.75 | | |

-2.75

7.00 @$165.00

$1155.00