IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>REED MACHINERY & TRANSPORTATION COMPANY, INC., )<br><br>Defendant. ) | Case No. 08 C 1054<br><br>Judge Gottschall<br><br>Magistrate Judge Schenkier |

JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on February 20, 2008 and the Defendant was served with copies of the Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

WHEREAS, on April 30, 2008, upon application of the Plaintiffs and for good cause shown, a default was entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, REED MACHINERY & TRANSPORTATION COMPANY, INC., in the sum of $11,560.00.

ENTERED:

_____
JOAN B. GOTTSCHALL
UNITED STATES DISTRICT JUDGE

DATE:_____