Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1054 | **DATE** | 5/14/2008 |
| **CASE TITLE** | Chgo Regional Carpenters vs. Reed Machinery | | |

**DOCKET ENTRY TEXT**

Prove- Up Hearing Held. Enter Judgment Order. It is hereby ordered, adjudged and decreed that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, Reed Machinery & Transportation Company, Inc., in the sum of $11,560.00. Civil Case Terminated.

Docketing to mail notices.
Mail AO 450

00:03

| | Courtroom Deputy Initials: | RJ |
|---|---|---|