

# United States District Court
## Northern District of Illinois
### Eastern Division

Chicago Reg Carpenters        **JUDGMENT IN A CIVIL CASE**

v.        Case Number: 08 C 1054

Reed Machinery

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in behalf of the plaintiffs and against the defendant, Reed Machinery & Transportation Company, Inc., in the sum of $11,560.00. Civil Case Terminated.

Michael W. Dobbins, Clerk of Court

Date: 5/14/2008

/s/ Rhonda Johnson, Deputy Clerk