IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE AND TRAINEE PROGRAM FUND, | 08C 1054 |
| Plaintiffs/Judgment Creditor, | Judge Gotschall |
| v. | |
| REED MACHINERY & TRANSPORTATION COMPANY, INC., | |
| Defendant/Judgment Debtor. | |
| Old Second National Bank of Aurora, | |
| Third-Party Respondent. | |

### Motion For Turnover

Plaintiffs by their attorney, Raymond J. Sanguinetti, move this Court for an entry of Turnover Order and in support state:

1. A Judgment was entered against Reed Machinery & Transportation Company, Inc. on May 14, 2008 by this Court in the amount of $11,560.00. **(Exhibit A)**

2. Plaintiffs issued and served a Citation to Discover Assets on Old Second National Bank of Aurora.

3. Brenda Sloan, Agent for Citation Respondent Old Second National Bank of Aurora, wrote to Plaintiff's attorney and informed him that Old Second National Bank of Aurora currently holds $11,560.00 for the benefit of Judgment Creditor formerly being held for Reed Machinery & Transportation Company, Inc., the Judgment Debtor. **(Exhibit B)**

WHEREFORE, Plaintiffs pray that this Court order Old Second National Bank of Aurora to immediately pay over to the Plaintiffs the amount of $11,560.00 pursuant to this action.

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.,

By: /s/ Raymond J. Sanguinetti

Whitfield, McGann & Ketterman
Raymond J. Sanguinetti
Attorneys for Plaintiffs
Atty. No. 39248
111 East Wacker Drive, Suite 2600
312/251-9700

# Exhibit A

**Exhibit A**

Case 1:08-cv-01054    Document 18    Filed 06/11/2008    Page 4 of 7
Case 1:08-cv-01054    Document 14    Filed 05/14/2008    Page 1 of 1
Case 1:08-cv-01054    Document 12    Filed 05/05/2008    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., ) ) ) Plaintiffs, ) ) v. ) ) REED MACHINERY & TRANSPORTATION COMPANY, INC., ) ) ) Defendant. ) | Case No. 08 C 1054<br><br>Judge Gottschall<br><br>Magistrate Judge Schenkier |

### JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on February 20, 2008 and the Defendant was served with copies of the Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

WHEREAS, on April 30, 2008, upon application of the Plaintiffs and for good cause shown, a default was entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, REED MACHINERY & TRANSPORTATION COMPANY, INC., in the sum of $11,560.00.

ENTERED:

JOAN B. GOTTSCHALL,
UNITED STATES DISTRICT JUDGE
DATE: 5/14/08

MAY 14 2008

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1054 | DATE | 5/14/2008 |
| CASE TITLE | Chgo Regional Carpenters vs. Reed Machinery | | |

**DOCKET ENTRY TEXT**

Prove- Up Hearing Held. Enter Judgment Order. It is hereby ordered, adjudged and decreed that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, Reed Machinery & Transportation Company, Inc., in the sum of $11,560.00. Civil Case Terminated.

Docketing to mail notices.
Mail AO 450

00:03

| | Courtroom Deputy Initials: | RJ |
|---|---|---|

# Exhibit B

**Exhibit B**

## ANSWER

Re: 08 C 1054 Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice and Trainee Program Fund vs Reed Machinery & Transportation Company, Inc.

I, Brenda Sloan, certify under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Highlight one or more of the following and indicate the amount held:

1. Savings Account (amount withheld) $_____
2. Checking and/or Now Account (Amount withheld) $ 11,685.00
3. Certificate of Deposit (Amount held) $_____
4. Money Market Account (Amount held) $_____
5. Trust Account (Amount held) $_____
6. Safety Deposit Box $_____
7. No Accounts _____
8. Adverse Claimant: Name_____ Address_____
   _____ Amount withheld from Adverse Claimant: _____
9. Wages, Salary or Commissions _____
10. Other Personal Property (Describe) _____

Attach a sheet for additional information required by the Citation

Sub Total $11,685.00

Less right of offset for other loans  $-0-

Less deduction for fees limited by $125.00
205 ILCS 5/48.1

Total   $11,560.00

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

*Brenda Sloan*
Agent for the Citation Respondent

State of Illinois
County of Kane
Subscribed to and sworn before me this 3rd day of June, 20 08.

*Rhonda S. McGinnis*
Notary Public

"OFFICIAL SEAL"
Rhonda S. McGinnis
Notary Public, State of Illinois
My Commission Exp. 10/28/2009