IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE AND TRAINEE PROGRAM FUND, | ) ) ) ) ) ) | |
| | ) | 08C 1054 |
| Plaintiffs/Judgment Creditor, | ) ) | Judge Gotschall |
| v. | ) ) | |
| REED MACHINERY & TRANSPORTATION COMPANY, INC., | ) ) ) ) | |
| Defendant/Judgment Debtor | ) ) | |
| Old Second National Bank of Aurora, | ) ) | |
| Third-Party Respondent. | ) | |

## *Turnover Order*

THIS CAUSE coming on to be heard, pursuant to Plaintiffs' Motion for Turnover Order; due notice having been given, the Court being fully advised in the premises and having jurisdiction;

**IT IS HEREBY ORDERED:**

1.      That the Third-Party Respondent, Old Second National Bank of Aurora, is ordered to turn over funds of the Defendant that it is currently holding pursuant to a served Citation in the amount of $11,560.00.

2.      That said funds shall be turned over to the Plaintiffs through their attorneys to satisfy the judgment entered herein.

3.    That this citation is dismissed.

ENTERED:

By: _____
     HONORABLE JUDGE JOAN GOTTSCHALL

Dated:_____