IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE AND TRAINEE PROGRAM FUND, <br><br> Plaintiffs/Judgment Creditor, <br><br> v. <br><br> REED MACHINERY & TRANSPORTATION COMPANY, INC., <br><br> Defendant/Judgment Debtor. <br><br> Old Second National Bank of Aurora, <br><br> Third-Party Respondent. | 08C 1054 <br><br> Judge Gotschall |

### Notice of Motion

To: Reed Machinery & Transportation
Company, Inc.
Steven A. Thompson, R.A.
712 N. Farnsworth Avenue
Aurora, Illinois 60505

Old Second National Bank of Aurora
Legal Dept.
37 South River Street
Aurora, IL 60505

PLEASE TAKE NOTICE that on **Thursday, June 19, 2008**, I shall appear before the Honorable **Joan Gotschall** at approximately **09:30 a.m.** in Courtroom **2325**, or any Judge in his/her stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached Motion For Turnover.

WHITFIELD, McGANN & KETTERMAN

/s/ Raymond J. Sanguinetti

Whitfield, McGann & Ketterman
Attorneys for Plaintiffs
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700

STATE OF ILLINOIS )
                            ) SS
COUNTY OF COOK   )

      RAYMOND J. SANGUINETTI, being first duly sworn on oath, deposes and says that he served the above and foregoing Notice of Motion for Turnover by depositing in the U.S. mail at 111 East Wacker Drive, Suite 2600, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addresses to the person/s to whom said Notice is directed on the 11th day of June, 2008.

By: _____