Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1054 | DATE | 6/19/2008 |
| CASE TITLE | Chicago Carpenter's PenFd vs. Reed Machinery | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs motion for turnover [18] is granted. Enter Turnover Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

FILED
2008 JUN 19 PM 5:32
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|