

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE CHICAGO REGIONAL COUNCIL) 
OF CARPENTERS PENSION FUND, CHICAGO )
REGIONAL COUNCIL OF CARPENTERS WELFARE )
FUND, and CHICAGO REGIONAL COUNCIL OF )
CARPENTERS APPRENTICE AND TRAINEE )
PROGRAM FUND, )                              08C 1054
                                         )
            Plaintiffs/Judgment Creditor, )  Judge Gotschall
                                         )
    v.                                   )
                                         )
REED MACHINERY & TRANSPORTATION          )
COMPANY, INC.,                           )
                                         )
            Defendant/Judgment Debtor    )
                                         )
Old Second National Bank of Aurora,      )
                                         )
            Third-Party Respondent.      )

### *Turnover Order*

THIS CAUSE coming on to be heard, pursuant to Plaintiffs' Motion for Turnover Order; due notice having been given, the Court being fully advised in the premises and having jurisdiction;

**IT IS HEREBY ORDERED:**

1.      That the Third-Party Respondent, Old Second National Bank of Aurora, is ordered to turn over funds of the Defendant that it is currently holding pursuant to a served Citation in the amount of $11,560.00.

2.      That said funds shall be turned over to the Plaintiffs through their attorneys to satisfy the judgment entered herein.

3.    That this citation is dismissed.


ENTERED:


By: _____
       HONORABLE JUDGE JOAN GOTTSCHALL


Dated: _June 15, 2008_____